# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0217

VERSUS

CLAYTON WILSON

APR 2 8 2020

---

In Re: Clayton Wilson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-15-0442

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Clerk of Court's Office shows that although the Motion for Extension of Time to File Traverse was not ruled upon, relator filed his traversal on January 14, 2020, and his application for postconviction relief was denied on March 4, 2020.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT